IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLEIGH WALDER, ANDREA LARSON, KAITLIN WRIGHT, EMILY OWENS, and RYAN STORRS On Behalf of Themselves and All Others Similarly Situated, | COLLECTIVE ACTION |
| *Plaintiffs*, | CASE NO. 3:20-cv-00828 |
| v. | JURY DEMAND |
| 5th & TAYLOR, L.L.C. | |
| *Defendant*. | |

**JOINT MOTION FOR APPROVAL OF THE PARTIES'
SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Named Plaintiffs Kayleigh Walder, Andrea Larson, Kaitlin Wright, Emily Owens, and Ryan Storrs, on behalf of themselves and the Opt-In Plaintiffs, (collectively, "Plaintiffs") in this Fair Labor Standards Act ("FLSA") collective action, proceeding pursuant to 29 U.S.C. § 216(b) and Defendant 5th & Taylor, LLC give notice to the Court that the Parties have agreed to resolve this matter and submit this motion for approval of the parties' Settlement Agreement (attached as Exhibit 1) and dismissal of this case with prejudice.

Plaintiffs respectfully request that the Court approve this FLSA settlement because it reflects a fair and reasonable compromise of contested issues. The Parties engaged in discovery focused on exchanging the necessary information to equip them to negotiate a resolution of Plaintiffs' claims. Then, the parties engaged in arm's-length negotiations in mediation led by Michael Russell, an experienced mediator in wage and hour litigation. Ultimately, the Parties reached a final agreement on all material issues, including the

1

amounts to be paid as wages and damages to each of the Plaintiffs, service payments for the Named Plaintiffs, and payment of Plaintiffs' attorneys' fees, costs, and expenses.

Plaintiffs and their counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. Because the Settlement Agreement submitted for the Court's approval fully and finally resolves the claims at issue in this action, the Parties further requests that the Court dismiss this action with prejudice.

In support of this Motion, the Parties have filed a supporting memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement.

For the foregoing reasons and the reasons in their supporting memorandum, the Parties respectfully request that the settlement be approved.

| | |
|---|---|
| Dated: July 14, 2021 | Respectfully Submitted, |
| /s/ J. Christopher Anderson (by DWG with permission) | /s/ David W. Garrison |
| **J.CHRISTOPHER ANDERSON, (Bar No. 19279)** | **DAVID W. GARRISON (No. 24968)** |
| LITTLER MENDELSON, P.C. | **JOSHUA A. FRANK (No. 33294)** |
| 333 Commerce Street, Suite 1450 | BARRETT JOHNSTON MARTIN & GARRISON, LLC |
| Nashville, Tennessee 37201 | Philips Plaza |
| Telephone: (615) 383-3033 | 414 Union Street, Suite 900 |
| Facsimile: (615) 383-3323 | Nashville, TN 37219 |
| chrisanderson@littler.com | Telephone: (615) 244-2202 |
| | Facsimile: (615) 252-3798 |
| | dgarrison@barrettjohnston.com |
| **PAUL J. SOPHER, (BAR NO. 313543)** | jfrank@barrettjohnston.com |
| LITTLER MENDELSON, P.C. | *Attorneys for Plaintiffs* |
| 1601 Cherry Street Ste 1400 | |
| Philadelphia, PA 19102 | |
| Telephone: (267) 402-3000 | |
| psopher@littler.com | |

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of *Joint Motion for Approval of The Parties' Settlement Agreement and Dismissal with Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and will be served via the Court's ECF system on the following counsel for Defendant as listed below on July 14, 2021:

**J. Christopher Anderson, Bar No. 19279**
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, Tennessee 37201
Telephone: (615) 383-3033
Facsimile: (615) 383-3323
chrisanderson@littler.com

**Paul J. Sopher, Bar No. 313543**
LITTLER MENDELSON, P.C.
1601 Cherry Street Ste 1400
Philadelphia, PA 19102
Telephone: (267) 402-3000
psopher@littler.com

*Attorney for Defendant*

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON MARTIN & GARRISON, LLC**